IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| CHARMIA CARTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. 4:06-CV-58-CDL |
| | : | |
| NORFOLK SOUTHERN RAILROAD | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |
| _____ | : | |

**DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S POLICY OF PRACTICE CLAIMS**

Defendant Norfolk Southern Railway Company ("NSR"), incorrectly identified in the caption as Norfolk Southern Railroad, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 12(b)(6), hereby moves this Court to dismiss Plaintiff's "policy of practice" claims.  As set forth in the accompanying Memorandum of Law, Plaintiff failed to exhaust her administrative procedures with respect to her "policy of practice" claims on behalf of herself and others.  As a result, there are no set of facts pursuant to which Plaintiff can recover on these claims, and they should be dismissed as a matter of law.

2

                                          Respectfully submitted,

By:   /s/ E. Jewelle Johnson
        E. Scott Smith
        Georgia Bar No. 656736
        ssmith@laborlawyers.com
        E. Jewelle Johnson
        Georgia Bar No. 393357
        ejjohnson@laborlawyers.com

FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia  30326
(404) 231-1400
(404) 240-4249 (fax)

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| CHARMIA CARTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. 4:06-CV-58-CDL |
| | : | |
| NORFOLK SOUTHERN | : | |
| RAILROAD | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2006, I electronically filed the foregoing ***DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S POLICY OF PRACTICE CLAIMS*** with the Clerk of Court using the CM/ECF system. The foregoing document was also served on the following attorneys through the CM/EFC system's automatic e-mail notification of such filing:

Alfonza Whitaker
909 Third Avenue
Columbus, Georgia 31901

/s/ E. Jewelle Johnson
E. Jewelle Johnson
Georgia Bar No. 393357
ejjohnson@laborlawyers.com